1  **ROSS C. GOODMAN, ESQ.**
Nevada  State Bar No:  7722
2  GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
3  Las Vegas, Nevada 89101
Telephone: (702) 383-5088
4  Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com
5  *Attorney for Defendant, Zachary Avila*

6                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
7

8  UNITED STATES OF AMERICA,            Case No.:  2:23-cr-00159-RFB-DJA

9                    Plaintiff,

10       vs.                                          **ORDER TO**
                                     **CONTINUE REVOCATION HEARING**
11  ZACHARY AVILA,                      **(First Request)**

12                    Defendant.

13

14        IT IS STIPULATED AND AGREED, between Ross C. Goodman, Esq., counsel for

15  Defendant Zachary Avila, and Jason M. Frierson, Esq., United States Attorney, and Robert

16  Knief, Esq., Assistant United States Attorney that the Revocation Hearing currently scheduled

17  for February 20, 2024, at 2:00 p.m. be continued to a date and time convenient to this Court, but

18  no sooner than thirty (30) days.  The Stipulation is entered into for these reasons:

19
        1.      Initial Appearance regarding Revocation of Pretrial Release was held on February
20
21  5, 2024, before Magistrate Judge Couvillier.

22        2.      Government seeks detention and Defendant was held pending revocation hearing,

23  which was scheduled for February 20, 2024, at 2:00 p.m. before Magistrate Judge Albregts.

24        3.      The parties seek additional time to obtain further evidence for the revocation
25
26  hearing.

27        4.      The defendant is incarcerated and does not object to the continuance.

28        5.      The parties agree to the continuance.

6.      Denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(3)(D), 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

This is the first request for a continuance regarding the revocation hearing.

Dated this 20th day of February 2024.

ROSS C. GOODMAN, ESQ.                          JASON M. FRIERSON
Appointed Counsel for Defendant                United States Attorney

      /s/  Ross C. Goodman, Esq.                      /s/ Robert Knief, Esq.
By_____       By:_____
Ross C. Goodman, Esq.                          Robert Knief, Esq.,
Attorney for Zachary Avila                      Assistant United States Attorney

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

**ROSS C. GOODMAN, ESQ.**
Nevada  State Bar No:  7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@rosscgoodman.com
*Attorney for Defendant, Zachary Avila*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:23-cr-00159-RFB-DJA |
| Plaintiff, | |
| vs. | **ORDER** |
| JAMAAL JOHNSON, JR., ZACHARY AVILA and MARIA MOY, | |
| Defendants. | |

### FINDINGS OF FACT

Based on the Stipulation of counsel and good cause appearing therefore, the Court finds:

1.	Initial Appearance regarding Revocation of Pretrial Release was held on February 5, 2024, before Magistrate Judge Couvillier.

2.	Government seeks detention and Defendant was held pending revocation hearing, which was scheduled for February 20, 2024, at 2:00 p.m.

3.	The parties seek additional time to obtain further evidence for the revocation hearing.

4.	The defendant is incarcerated and does not object to the continuance.

5.	The parties agree to the continuance.

6.	Denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2ⁿᵈ Fl.
Las Vegas, Nevada 89101
(702) 383-5088

1

3161(h)(3)(D), 3161(h)(7)(A), 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

7.     This is the first request for a continuance regarding the revocation hearing.

8.     For all the above-stated reasons, the ends of justice would be best served by a continuance of the trial date.

ORDER

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for February 20, 2024, be vacated, and set for _____March 22, 2024_____ at the hour of ___10:00 a.m.___.

DATED this ___20th___ day of February 2024.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088